

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

BLACKMAN, JOSEPH,

                      Petitioner/Plaintiff,

      -against-

GONZALES, ALBERTO, ATTORNEY GENERAL
OF THE UNITED STATES; ALPHANSO
AGUIRRE, COMMISSIONER, U.S. CITIZENSHIP
AND IMMIGRATION SERVICE; EDWARD
MCELROY, NEW YORK FIELD OFFICER
DIRECTOR BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP
AND IMMIGRATION
SERVICE/IMMIGRATION AND
CUSTOMS ENFORCEMENT; UNITED STATES
DEPARTMENT OF JUSTICE,

                      Respondents/Defendants.

-------------------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. CV-05-4943 (FB) (SMG)

**BLOCK, District Judge:**

        On October 21, 2005, petitioner Joseph Blackman ("Blackman"), alien number A30987372, filed a *habeas corpus* petition pursuant to 28 U.S.C. § 2241 challenging his final order of removal. "The REAL ID Act[, Pub. L. No. 109-13, 119 Stat. 231,] eliminates *habeas corpus* review of orders of removal and requires that any § 2241 petition pending in the district court . . . be transferred to the court of appeals in which the petition could have been properly brought as a petition for review from a final order of removal under 8 U.S.C. § 1252." *Marquez-Almanzar v. I.N.S.*, 418 F.3d 210, 212 (2d Cir. 2005). Accordingly, the Court orders the petition to be transferred to the United States Court of Appeals for the Second Circuit and stays his removal pending further action by the circuit court.

        **SO ORDERED.**

                                _____
                                FREDERIC BLOCK
                                United States District Judge

Brooklyn, New York
October 21, 2005